AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

| | | |
|---|---|---|
| Christopher Barstad | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:17-CV-00581-OLG |
| CNU of Texas, LLC d/b/a CNU Online Holdings, LLC a/k/a Cash America International, Inc. d/b/a CashNet USA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CNU of Texas, LLC d/b/a CNU Online Holdings, LLC a/k/a Cash America International, Inc. d/b/a CashNet USA
c/o C.T. Corporation System, Registered Agent
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Martin Seidler
11107 Wurzbach Road, Suite 504
San Antonio, Texas 78230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

Date: 6/30/2017

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-581

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CNU of Texas, LLC d/b/a CNU Online Holdings, LLC
was received by me on *(date)* 06/30/2017

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served by certified mail, return receipt requested, CNU of Texas, LLC d/b/a CNU Online Holdings, LLC a/k/a Cash America International, Inc. d/b/a CashNet USA c/o C.T. Corporation System, Registered Agent, 1999 Bryan Street, Suite 900, Dallas, Texas 75201

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/12/2017

*Server's signature*

Sonya Arms, Paralegal
*Printed name and title*

Law Offices of Martin Seidler
11107 Wurzbach Road, Suite 504
San Antonio, Texas 78230
*Server's address*

Additional information regarding attempted service, etc:

**US POSTAL SERVICE**
**CERTIFIED MAIL RECEIPT**

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P | |

7007 1490 0002 7099 9293

Sent To: CNU of Texas, LLC d/b/a CNU Online Holdings, LLC a/k/a Cash America International, Inc. d/b/a CashNet USA
Street, A, or PO B: c/o C.T. Corporation System, Registered Agent
1999 Bryan Street, Suite 900
City, Stat: Dallas, Texas 75201

PS Form 3800, August 2006 — See Reverse for Instructions

Postmark Here: Bastard posted 2-3-17

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CNU of Texas, LLC d/b/a CNU Online
    Holdings, LLC a/k/a Cash America
    International, Inc. d/b/a CashNet USA
    c/o C.T. Corporation System, Registered Agent
    1999 Bryan Street, Suite 900
    Dallas, Texas 75201

2. 7007 1490 0002 7099 9293

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Chris Wells
C. Date of Delivery: JUL 05 2017

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540